# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DENNIS F. DICKERSON

NO. 2019 KW 0873

OCT 1 8 2019

---

In Re:    Dennis F. Dickerson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 458,871.

---

BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED ON THE SHOWING MADE.** This court cannot properly review the claim raised in the writ application. Relator failed to include the sentencing minutes, the uniform commitment order, and any other portion of the district court record that would support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before December 17, 2019, and should include the entire contents of this application, the missing items, and a copy of this ruling.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT